AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

JUDGE SULLIVAN

BRIAN BRENNAN,

Plaintiff,

-against-

THE CITY OF NEW YORK, CORRECTION OFFICER DARIUS McLEAN (Shield 15323), and JOHN & JANE DOES 1-10,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11197

TO: (Name and address of Defendant)

**THE CITY OF NEW YORK**
**c/o NYC LAW DEPARTMENT**
**100 CHURCH STREET**
**4th FLOOR SERVICE DESK**
**NEW YORK, NY 10007**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DEC 12 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 12, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Joel Berger, Esq. | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Jerry Bradshaw, Deputy Unit Chief

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 12, 2007        *[signature]*
                    Date                    Signature of Server

360 Lexington Ave., New York, NY 10017
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.