AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*JUDGE SULLIVAN* SOUTHERN District of **NEW YORK**

**BRIAN BRENNAN,**

        Plaintiff,

-against-

**THE CITY OF NEW YORK, CORRECTION OFFICER DARIUS McLEAN (Shield 15323), and JOHN & JANE DOES 1-10,**

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11197**

TO: (Name and address of Defendant)

**CORRECTION OFFICER DARIUS McLEAN (Shield 15323)
ANNA M. KROSS CENTER
18-18 HAZEN STREET
EAST ELMHURST, NY 11370**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502**

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 12 2007

CLERK _____  DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12/14/07 |
| NAME OF SERVER (PRINT) Louis Green | TITLE Messenger |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Correction Officer E. Thomas, Shield 9799

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/07
              Date

Signature of Server

1531 Taylor Ave #5
Address of Server  Bronx, NY 10460

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.