AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 07-11197

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/21/2007 | [signature] |
| Date | Signature |
| | Suzette Corinne Rivera   SR4272 |
| | Print Name   Bar Number |
| | 100 Church Street |
| | Address |
| | New York   NY   10007 |
| | City   State   Zip Code |
| | (212) 788-9567   (212) 788-9776 |
| | Phone Number   Fax Number |