UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
4/17/08

**BRIAN BRENNAN ET AL**
    **Plaintiffs,**

-v-

**CITY OF NEW YORK, ET AL**
    **Defendants.**

Case No. 07-CV-011197 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_x_ Settlement* The parties request that a settlement conference be held after August 15, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         April 17, 2008

                                          _____
                                          RICHARD J. SULLIVAN
                                          United States District Judge