USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**BRIAN BRENNAN ET AL**
        **Plaintiffs,**

-v-

**CITY OF NEW YORK, ET AL**
        **Defendants.**

Case No. 07-CV-011197 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      ORDERED, that a telephone status conference in this matter is set for June 16, 2008 at noon. Once all parties are on the conference line, they can call chambers at 212-805-0264.

Dated: June 12, 2008
      New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE