UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/08

BRIAN BRENNAN & SUZANNE BRENNAN,  :

                Plaintiffs,  :

    -against-  :

THE CITY OF NEW YORK, et al.,  :

                Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 11197 (RJS) (AJP)

ORDER RESCHEDULING
SETTLEMENT CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        The settlement conference originally scheduled for August 5, 2008 is rescheduled at the parties' request to **September 10, 2008 at 9:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before September 3, 2008 counsel shall provide a confidential settlement memorandum to my chambers.

        SO ORDERED.

DATED:     New York, New York
              July 24, 2008

                                                Andrew J. Peck
                                               United States Magistrate Judge

Copies **by fax & ECF** to:     Joel Berger, Esq.
                                      David Pollock, Esq.
                                      Judge Richard J. Sullivan

C:\ORD\