UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIAN BRENNAN AND SUZANNE BRENNAN,

                                 Plaintiffs,

                   -against-

THE CITY OF NEW YORK, CORRECTION OFFICER
DARIUS MCLEAN (Shield 15323) and JOHN & JANE
DOES 1-10,

                             Defendants.

------------------------------------------------------------------------ x

**SUGGESTION OF DEATH
UPON THE RECORD
UNDER RULE 25(A)(1)**

07 CV 11197 (RJS)

         **PLEASE TAKE NOTICE**  that pursuant to Rule 25 of the Federal Rules of Civil

Procedure, the Corporation Counsel's Office of the City of New York, affirms the truth of the

following:

                 On August14, 2008, Assistant Corporation Counsel David M. Pollack was

informed by Joel Berger, Esq. that his client Brian Brennan passed away  "last week".

                 Upon information and belief, to date, no executor or administrator has been

appointed on plaintiff Brian Brennan's behalf;

         **WHEREFORE,** the Corporation Counsel's Office of the City of New York

suggests upon the record that plaintiff Brian Brennan is deceased; and

**WHEREFORE**, the Corporation Counsel's Office of the City of New York

hereby requests that any motion for substitution of a proper party be timely made within ninety

(90) days of this date.

Dated: New York, New York
August 26, 2008

> MICHAEL A. CARDOZO
> Corporation Counsel of the
> City of New York
> Attorney for Defendants
> 100 Church Street
> New York, New York 10007
> (212) 788-0845
>
> By: _____
>     David M. Pollack (DP3873)
>     Assistant Corporation Counsel

TO:    Joel Berger, Esq.(By ECF)
       360 Lexington Avenue, 16th Floor
       New York, New York 10017

07-CV-11197 (RJS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN BRENNAN AND SUZANNE BRENNAN,

Plaintiffs,

-against-

THE CITY OF NEW YORK, CORRECTION
OFFICER DARIUS MCLEAN (Shield 15323) and
JOHN & JANE DOES 1-10,

Defendants.

**SUGGESTION OF DEATH UPON THE
RECORD UNDER RULE 25(A)(1)**

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for the Defendants*
*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: David M. Pollack*
*Tel: (212) 788-1894*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................... , 2008 . . .*

*.................................................................. Esq.*

*Attorney for.......................................................*