

**JOEL BERGER**
ATTORNEY AT LAW
360 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, N.Y. 10017-6502

TELEPHONE (212) 687-4911
FAX (212) 687-1406

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/2/08

September 2, 2008

<u>**VIA FAX (212) 805-7933**</u>
Hon. Andrew J. Peck
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** /2

Re: ***Brian Brennan & Suzanne Brennan v. The City of New York, et al.***
       **07 CV 11197 (RJS) (AJP)**

Dear Judge Peck:

I am counsel for plaintiffs in the above-referenced action. This letter is written because the parties are jointly respectfully requesting an adjournment of the settlement conference, presently scheduled for Wednesday, September 10, at 9:30 A.M. (I informally advised your law clerk, Ms. Gould, of the request by telephone last Friday.)

The reason for this request is the sudden and unexpected death of Brian Brennan at age 41, due to heart failure, on August 7, 2008. *See* Rule 25 (A) (1) Suggestion of Death, filed by counsel for defendants on August 26, 2008. Mr. Brennan's passing has caused both sides to reassess their positions in this matter. One factor in that reassessment will be the deposition of a physician who examined and treated Brian Brennan immediately after his injury -- a deposition that the parties have agreed to take in the very near future. Additionally, and most importantly, I do not believe that Mrs. Suzanne Brennan -- a co-plaintiff in this case, and Brian Brennan's sole heir as well -- is ready to deal with the emotional strain of attending a settlement conference and making settlement decisions so soon after her husband's sudden death.

I believe that Mrs. Brennan will be ready to attend a settlement conference in early October (she will be out of town from September 26 – October 1) and it is respectfully requested that the conference be adjourned until then.

There has been one prior adjournment of the settlement conference, originally scheduled for August 5, due primarily to the resignation of defendants' prior attorney and the need for their new attorney to familiarize himself with the case. The next status conference is not scheduled to take place until October 30, and it is anticipated that under the circumstances an adjournment of that date, if necessary to provide adequate time between the settlement conference and the status conference, would not be denied.

Respectfully yours,

*[signature]*

Joel Berger (JB-3269)
Attorney for Plaintiffs

cc: David M. Pollack, Esq. (DP-3873)
    Assistant Corporation Counsel
    Attorney for Defendants
    (via fax 212-788-9776)

**MEMO ENDORSED** 9/2/08

1. SETTLEMENT CONF ADJOURNED AT Π's REQUEST TO 10/16 AT 10AM (SETTLE MEMOS DUE 10/9). FURTHER EXTENSIONS UNLIKELY.

2. ALL OTHER DEADLINES REMAIN UNCHANGED

3. THE COURT EXTENDS ITS SYMPATHIES TO THE BRENNAN FAMILY.

SO ORDERED:

*[signature]*
Hon. Andrew J. Peck
United States Magistrate Judge

**BY FAX**

2

# JOEL BERGER

ATTORNEY AT LAW

360 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, N.Y. 10017-6502

TELEPHONE (212) 687-4911
FAX (212) 687-1406

## *FACSIMILE COVER SHEET*

**TO:** **HON. ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**

**FAX NO.** **(212) 805-7933**

**FROM:** **JOEL BERGER**, Attorney for Plaintiffs

**DATE:** **SEPTEMBER 2, 2008**

**NUMBER OF PAGES:** COVER SHEET + 2 PAGES

**DESCRIPTION OF DOCUMENT/MEMORANDUM:**

Re: *Brennan, et al. v. The City of New York, et al.*, 07 CV 11197 (RJS) (AJP)

*See* correspondence in which the parties jointly request adjournment of the settlement conference scheduled for September 10, 2008, accompanying cover sheet

## *IMPORTANT*

**Please Read This Message Before Reading the Attached Communication**

This communication is intended solely for the use of the specific individual or entity addressed above and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. Please read the "TO:_____" line above. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that (1) reading, disseminating, distributing or copying this communication is strictly prohibited and (2) you should notify the sender immediately by telephone and return the original message to the sender at the above address via the United States Postal Service. Thank you.